**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-1172**

DARRYL ALLMOND,

Plaintiff - Appellant,

versus

ALEXANDRIA SHERIFF'S DEPARTMENT; EDWARD J.
PROKOP, Chief Deputy; JOHN KAPETANIS,
Sergeant; GEORGE GRAY, Deputy; DARREN HINZMAN,
Deputy,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T.S. Ellis, III, District
Judge.  (CA-02-309-A)

Submitted:  May 29, 2003          Decided:  June 3, 2003

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darryl Allmond, Appellant Pro Se.  Christina Kearney Saba, SHUFORD,
RUBIN & GIBNEY, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Darryl Allmond appeals the district court's order denying his motion for reconsideration in this 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Allmond v. Alexandria Sheriff's Dep't, No. CA-02-309-A (E.D. Va. filed Jan. 22, 2003 & entered Jan. 23, 2003; Jan. 29, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED